STATE OF NORTH CAROLINA v. LEROY BOLDER ALIAS LEROY
TORRENCE

No. 7019SC160

(Filed 27 May 1970)

**Forgery § 2—  sentence of imprisonment**
    Sentence of five years' imprisonment imposed upon defendant's plea
    of guilty to the charge of forging a check in the amount of $45.00 *is held*
    within the maximum authorized by G.S. 14-119.

APPEAL from *Martin, S.J.,* October 1969 Session, CABARRUS County
Superior Court.

The defendant was charged in a valid bill of indictment with
the felony of forgery of a check in the amount of forty-five dollars
drawn on The Concord National Bank and made payable to the
order of Leroy Torrence.

The defendant in open court, through his court-appointed attor-
ney, entered a plea of guilty to forgery. On 9 October 1969 the
court adjudicated that the defendant had been examined in open
court and that his plea of guilty was freely, understandingly and
voluntarily made without undue influence, compulsion or duress
and without promise of leniency. From imposition of a sentence of
five years, the defendant entered an appeal to this Court.

*E. Johnston Irvin for the defendant appellant.*

*Robert Morgan, Attorney General, and Jean A. Benoy, Deputy
Attorney General, for the State.*

HEDRICK, J.

The defendant's attorney states quite frankly in his brief that
he was "unable to find any error in the trial of the matter or in
the record; . . . ."

We have reviewed the record and have found that it supports the
adjudication entered by the trial judge that the defendant freely,
voluntarily and understandingly entered his plea of guilty. The sen-
tence imposed by the court is within the limits imposed by the
Statute, G.S. 14-119, which prescribes a sentence of not less than
four months nor more than ten years.

No error.

BROCK and BRITT, JJ., concur.